NUMBER 13-10-00096-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: DAVID ALAN RODRIGUEZ

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela


Memorandum Opinion Per Curiam (1)



 On February 16, 2010, relator, David Alan Rodriguez, filed a petition for writ of
mandamus in which he requests that this Court direct respondent, the Honorable Juergen
Skipper Koetter, presiding judge of the 24th District Court of Jackson County, Texas, to
immediately commence a new trial in light of our holding in Rodriguez v. State, No. 13-08-00522-CR, 2009 Tex. App. LEXIS 6335, at *21 (Tex. App.-Corpus Christi Aug. 13, 2009)
(mem. op., not designated for publication). (2)

 This Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought and the
petition should be denied. See Tex. R. App. P. 52.8(a). Accordingly, the petition for writ
of mandamus is DENIED.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b)

Delivered and filed the

2nd day of March, 2010.


 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. The title of the February 16, 2010 document filed by Rodriguez is "Pleading for Mandamus." We
construe this document as a petition for writ of mandamus.